Jamal Ali, Torrance, CA, for Petitioner–Appellant.

Ernesto Horacio Molina, Jr., David V. Bernal, Washington, DC, for Respondent–Appellee.

Before JOLLY, WIENER and CLEMENT, Circuit Judges.

PER CURIAM.*

Jamal Ali appeals the dismissal of his 28 U.S.C. § 2241 petition. Ali was ordered removed to his native Liberia after being convicted of a conspiracy to possess pseudoephedrine, knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine in violation of 21 U.S.C. §§ 846 and 841(d)(2). As Ali pleaded guilty to violating provisions of the Controlled Substances Act, his crime is a drug trafficking crime rendering him removable. *Cf. United States v. Hinojosa–Lopez,* 130 F.3d 691, 694 (5th Cir.1997). Because Ali's habeas petition relies upon an undisputably meritless legal theory, his argument is frivolous. As Ali's petition and appeal are frivolous, this court does not address any possible restriction on habeas corpus jurisdiction stemming from the Illegal Immigration Reform and Immigrant Responsibility Act of 1996. *Cf. United States v. Alvarez,* 210 F.3d 309, 310 (5th Cir.2000); *United States v. Weathersby,* 958 F.2d 65, 66 (5th Cir.1992). Accordingly, Ali's appeal is DISMISSED.

**Charles MCFADDEN; Doris McFadden, Estate of, Plaintiffs–Appellants,**

v.

**Eric M. BOST, Etc., et al., Defendants,**

**Don A. Gilbert, Commissioner of the Texas Health and Human Services Commission; James R. Hine, Commissioner, Defendants–Appellees.**

No. 02–21285.

United States Court of Appeals, Fifth Circuit.

Sept. 3, 2003.

---

Jeffrey J. Skarda, Houston, TX, for Plaintiff–Appellant.

Edwin N. Horne, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before REAVLEY, JONES and CLEMENT, Circuit Judges.

PER CURIAM.*

We affirm the judgment for the reasons given by the district court in its order dated August 5, 2002.

AFFIRMED.

Dale MONTROSS, Plaintiff–Appellant,

v.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

Before REAVLEY, JONES and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

